Same case below, 414 Fed. Appx. 23.

**No. 10-10333. Alex Dale Thomas, Petitioner v. California.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5340.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 449, 121 Cal. Rptr. 3d 521, 247 P.3d 886.

**No. 10-10337. James Ary, Jr., Petitioner v. California.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5345.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 510, 120 Cal. Rptr. 3d 431, 246 P.3d 322.

**No. 10-10339. Robert Toellner, Petitioner v. Daniel Martuscello, Superintendent, Coxsackie Correctional Facility.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5344.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10341. Russell Vernon Reado, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5256.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10342. Vrain Scott, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5317.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 341.

**No. 10-10344. Harriet A. Mercer, Petitioner v. Albert Bryan, Jr., Commissioner of the Virgin Islands Department of Labor, et al.**

565 U.S. 834, 132 S. Ct. 136, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5400.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10345. Herbert D. Seay, Petitioner v. Bridget Foy, et al.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 56, 2011 U.S. LEXIS 5585.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.